

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00015-CV

**INTEREST OF BLJP**,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 12-05-28687-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

    Appellant's brief was filed on April 4, 2014. Therefore, appellee's brief was due to be filed on May 5, 2014. Neither a motion for extension or time nor the appellee's brief has been filed. It is therefore ORDERED that appellee show cause in writing *within fifteen (15) days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court